UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Applicant.

Case No. _____

**DECLARATION OF JONATHAN D. COGAN**

# EXHIBIT C

| | |
|---|---:|
| Possible People Information | 2 |
|     Person Overview | 2 |
|     Date of Birth Summary | 2 |
|     Name Variations | 2 |
|     Addresses | 2 |
| Possible Asset Information | 4 |
|     Real Property Tax Records | 4 |
|     Real Property Transactions | 4 |
| Possible Business & Employment | 5 |
|     Professional Licenses | 5 |
|     Executive Profile | 5 |
|     Work Affiliations | 6 |
|     Corporate Records and Business Registrations | 7 |
|     Business Profile | 7 |
|     BusFindUS | 7 |
| Full-Text Documents | 7 |
|     All Full-Text Documents | 7 |
| Possible Relatives & Household Members | 57 |
|     Household Records | 57 |
| Possible Named Parties | 58 |
|     Business Associations | 58 |
| No Documents Found | 58 |
|     No Documents Were Found In These Sources | 59 |
| Permissible Uses | 59 |
|     Permissible Uses | 59 |

| | |
|---|---|
| **21 HEMLOCK RD, BRONXVILLE, NY 10708-3212 \| WESTCHESTER County** | |
| *Reported 01/01/1990 - 08/31/2013* | |
| By People Household 01/01/1990 - 08/31/2013 | People Household |
| By People Find 11/13/2000 - 01/24/2003 | People Find #1  \|  People Find #2 |
| By Address Historical | Address Historical |
| By Real Property Deeds | Real Property Deeds #1  \|  Real Property Deeds #2 |
| **300 S POINTE DR APT 1702, MIAMI BEACH, FL 33139-7355 \| MIAMI-DADE County** | |
| *Reported 01/01/1995 - 07/31/2013* | |
| By People Household 01/01/1995 - 07/31/2013 | People Household |
| By Address Historical | Address Historical |
| By Voters Registration | Voters Registration |
| **252 7TH AVE APT 3I, NEW YORK, NY 10001-7327 \| NEW YORK County** | |
| *Reported 01/01/1996 - 10/31/2012* | |
| By People Household 01/01/1996 - 10/31/2012 | People Household |
| By Professional License | Professional License |
| **APT 252 7TH AVE, NEW YORK, NY 10001-7327 \| NEW YORK County** | |
| *Reported 02/21/2008 - 05/01/2009* | |
| By Phone Records 02/21/2008 - 05/01/2009 | Phone Records #1  \|  Phone Records #2 |
| **300 S POINTE DR, MIAMI BEACH, FL 33139-7337 \| MIAMI-DADE County** | |
| *Reported 04/17/2008 - 04/17/2008* | |
| By People Find 04/17/2008 - 04/17/2008 | People Find |
| **252 7TH AVE, NEW YORK, NY 10001-7326 \| NEW YORK County** | |
| *Reported 02/25/2004 - 06/10/2006* | |
| By People Find 02/25/2004 - 06/10/2006 | People Find #1  \|  People Find #2  \|  People Find #3 |
| By Real Property Deeds | Real Property Deeds #1  \|  Real Property Deeds #2  \|  Real Property Deeds #3 |
| By Real Property Tax Assessor | Real Property Tax Assessor |
| **252 7TH AVE S, NEW YORK, NY 10014-2799 \| NEW YORK County** | |
| *Reported 11/28/2005 - 11/28/2005* | |
| By People Find 11/28/2005 - 11/28/2005 | People Find |
| **1325 AVENUE OF THE AMERICAS UNIT 7, NEW YORK, NY 10019-6026 \| NEW YORK County** | |
| *Reported 08/01/2000 - 08/01/2000* | |
| By People Find 08/01/2000 - 08/01/2000 | People Find |
| **1702-300 S POINTE DR 1702, MIAMI BEACH, FL 33139-7355 \| MIAMI-DADE County** | |
| *Reported 06/01/1999 - 06/01/1999* | |
| By People Find 06/01/1999 - 06/01/1999 | People Find |
| By Real Property Tax Assessor | Real Property Tax Assessor |
| **1325 AVENUE OF THE AMERICAS FL 7TH, NEW YORK, NY 10019-6026 \| NEW YORK County** | |
| *Reported N/A* | |
| By Professional License | Professional License |

## 300 S POINTE DR APT 1702 MIAMI BEACH, FL 33139-7355　　| Full-Text

| Address First Reported: | 1995 | Phone: | 305-535-8159 | Confidence Score: | 99 |
|---|---|---|---|---|---|
| **Name** | **Role** | | **Date of Birth** | **Name/Address Confirmed:** | |
| MR PATRICK P SALISBURY | Head of Household | | XX/1958 | 07/2013 | |
| MS GEORGETTE GUTIERREZ | Spouse | | XX/1957 | 06/2013 | |

## 21 HEMLOCK RD BRONXVILLE, NY 10708-3212　　| Full-Text

| Address First Reported: | 1990 | Confidence Score: | 99 |
|---|---|---|---|
| **Name** | **Role** | **Date of Birth** | **Name/Address Confirmed:** |
| MR PATRICK P SALISBURY | Head of Household | XX/1958 | 08/2013 |

## 252 7TH AVE APT 3I NEW YORK, NY 10001-7327　　| Full-Text

| Address First Reported: | 1996 | Confidence Score: | 99 |
|---|---|---|---|
| **Name** | **Role** | **Date of Birth** | **Name/Address Confirmed:** |
| MR PATRICK P SALISBURY | Head of Household | XX/1958 | 10/2012 |
| ███ | Other | XX/1966 | 04/2013 |
| ███ | Other | XX/1980 | 01/2010 |

## Possible Named Parties

**Business Associations**

| | |
|---|---|
| GLOBAL INTERIOR GROUP | THG HOLDINGS, LTD |
| 252 SEVENTH LLC | SALISBURY & RYAN LLP |
| HENZ ENGINEERING, INC. | SALISBURY & RYAN LLP |
| BIP INTERNATIONAL, INC. | |

## No Documents Found

**No Documents Were Found In These Sources**

| | |
|---|---|
| Marriage Records | Divorce Records |
| Conceal & Carry Weapons Permits | Hunting & Fishing Licenses |
| Political Donors | Death Records |
| New Movers Records | People Canada Records |
| Real Property Foreclosure Records | Aircraft Records |
| Unclaimed Assets | Criminal & Infraction Records |
| Arrest Records | OFAC |
| Healthcare Sanctions | Lawsuit Records |
| Liens & Judgments | Bankruptcy Records |
| National Provider Identifier | Executive Affiliations |
| Executive Bios | DMI |
| FEIN | Stock |
| BusFindCanada | FBN/DBA |
| Worldbase | |

## Permissible Uses

**Permissible Uses**

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - NO PERMISSIBLE USE.
VOTERS - Use in connection with a non-commercial purpose.