# EXHIBIT A

# SALISBURY & RYAN LLP

ATTORNEYS AT LAW

7TH FLOOR
1325 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6026
TEL: 212-977-4660
FAX: 212-977-4668

July 26, 2012

Mr. Rinat Akhmetshin
1529 Vermont Avenue, NW
Washington, DC 20005

Re: Research and Litigation Support

Dear Mr. Akhmetshin:

Salisbury & Ryan LLP, as attorney agent for its client and not in its individual capacity (the "Client"), has engaged you to provide the services described below.

1. **Services**

   During the term of this Agreement, you will provide the Client with assistance in the Client's investigation of claims it may have against companies relating to a mining project being built by the Client in Russia which has encountered delays. You will assist in such endeavors by researching and providing information concerning the relevant parties and other requested information. You confirm that all services provided by you will be made in full compliance with all applicable laws of the U.S. and other relevant jurisdictions.

2. **Nature of Relationship**

   You will perform your services hereunder as an independent contractor and not as an agent, employee or affiliate of Client.

3. **Compensation**

   We shall transfer to you on behalf of the Client an initial payment of $45,000 and you will bill as discussed as the work progresses.

   The Client will reimburse you for all pre-approved travel and related expenses incurred by you on the Client's behalf.

   The Client shall be solely responsible for payment of your fees and expenses.

Page 1 of 2

Initials RA

4. **Confidentiality**

You shall report to Salisbury & Ryan LLP, counsel for the Client, and all communications shall be subject to the attorney-client and attorney-work produced privileges. You acknowledge your responsibility, both during and after the term of its engagement hereunder, to preserve the confidentiality of all information and data disclosed by the Client to you or provided by you to Salisbury & Ryan LLP or the Client.

5. **Miscellaneous**

This Agreement (including the attachments referred to herein) is the entire agreement between the parties with respect to its subject matter, supersedes all prior agreements and understandings, both written and oral, between the parties with respect to the subject matter and cannot be waived, amended, otherwise modified or terminated except in writing executed by each party to be bound thereby.

This Agreement shall be governed by and construed in accordance with New York law without regard to the conflicts of laws principles thereof.

To confirm the foregoing Agreement, kindly date and sign a copy of this letter in the spaces provided below and return it to me for our records.

Sincerely yours,

Salisbury & Ryan LLP,
as Agent for the Client

By: _____
Name: _____
Title: _____

Accepted and Agreed on:

By: _____
Rinat Akhmetshin

Initials

# EXHIBIT B

| Vorgangsnummer | 130217-0920-034446 | Datum | 17.02.2013 |
|---|---|---|---|
| Aktenzeichen | | | mit Hinweisen auf englisch |
| Delikt | Diebstahl eines Koffers | anzeigenaufnehmende Dienststelle | Abschnitt 11 Wache TXL |

## Mitteilung des Geschäftszeichens

Sehr geehrte Dame, sehr geehrter Herr,

Ihre mit o.a. Datum erstattete Anzeige hat die im stark umrandeten Feld angegebene Vorgangsnummer erhalten. Sie ist für die Bearbeitung aller Anfragen unbedingt erforderlich

**Die Zentrale Auskunftsstelle der Polizei Berlin**
teilt Ihnen gerne mit, bei welcher Polizeidienststelle Ihre Anzeige bearbeitet wird und wohin Sie sich mit Hinweisen, Ergänzungen und Fragen zur Anzeige wenden können.
Sie ist nur telefonisch erreichbar unter Tel: **(030) 4664 - 955444** (Montag - Freitag von 09:00 - 15:00 Uhr)

Sollten Sie oder Ihre Versicherung das staatsanwaltschaftliche Aktenzeichen benötigen, bitten wir Sie, nach einem Monat dieses Aktenzeichen zu erfragen.

Wichtige Hinweise bei Eigentumsdelikten

Sofern die Anzeige eine Straftat betrifft, bei der Ihnen Gegenstände entwendet, unterschlagen oder geraubt wurden, werden Sie um Beachtung folgender Punkte gebeten:

1) Für Sachfahndungszwecke lassen Sie uns bitte nach Möglichkeit eine Aufstellung mit genauer Beschreibung der abhandengekommenen Gegenstände einschließlich der Schadenshöhe zukommen.
2) Sofern der Verlust technische Geräte betrifft, die durch eine Gerätenummer identifizierbar sind, wird um Mitteilung dieser Nummer, des Fabrikates und der Typenbezeichnung gebeten.
3) Es ist nicht auszuschließen, dass die Ihnen entwendeten Gegenstände (oder Teile davon) einige Tage nach der Tat im Fundbüro abgegeben werden. Wir empfehlen Ihnen deshalb, einige Tage zu warten und dann das Zentrale Fundbüro in 12101 Berlin, Platz der Luftbrücke 6, Block C, Tel.: (030) 90277-3101 (Fax: -3106) aufzusuchen. Die Öffnungszeiten sind: Montag, Dienstag und Freitag 09:00 - 14:00 Uhr, Donnerstag 13:00 - 18:00 Uhr, Mittwoch geschlossen.

Bitte haben Sie dafür Verständnis, dass diese Mitteilung nicht unterschrieben ist.

Es dankt Ihnen
Ihre Polizei

## Opferschutz

Für Fragen zum Opferschutz stehen Ihnen die Opferschutzbeauftragten der für *Ihren Wohnort* zuständigen Direktion von Montag bis Freitag zu den Bürodienstzeiten zur Verfügung. Bitte beachten Sie in diesem Zusammenhang das Merkblatt Opferschutz (Seite 2).

| Direktion 1 | Direktion 2 | Direktion 3 | Direktion 4 | Direktion 5 | Direktion 6 |
|---|---|---|---|---|---|
| Reinickendorf Pankow-Weißensee Pankestr. 29 13187 Berlin Tel: 4664 - 104221 | Charlottenburg- Wilmersdorf, Spandau Charlottenburger Ch. 75 13587 Berlin Tel: 4664 - 204210 | Mitte, Tiergarten Wedding Kruppstr. 2-4 10557 Berlin Tel: 4664 - 304210 | Steglitz-Zehlendorf Tempelhof-Schöneberg Eiswaldtstr. 18 12249 Berlin Tel: 4664 - 404210 | Neukölln Friedrichshain-Kreuzberg Friesenstr. 16 10965 Berlin Tel: 4664 - 504222 | Treptow-Köpenick, Marzahn- Hellersdorf, Lichtenberg Poelchaustr. 1 12681 Berlin Tel: 4664 - 604220 |

Sicherungsempfehlungen zum Schutz vor Einbruch erhalten Sie hier:

Kriminalpolizeiliche Beratungsstelle, Platz der Luftbrücke 5, 12101 Berlin-Tempelhof
Öffnungszeiten: Montag 10:00 - 18:30 Uhr, Dienstag bis Donnerstag 08:00 - 15:00 Uhr
Terminservice und Beratungstelefon: (030) 4664-979 099

Fachgespräche in der Beratungsstelle bis zu 30 Minuten sind kostenfrei, für jede weitere halbe Stunde entstehen Gebühren von 40,- €
Informationen und Hinweise zum Schutz vor Kriminalität erhalten Sie unter www.polizei-beratung.de und www.polizei.berlin.de sowie auf jeder Polizeidienststelle.

Case 1:14-cv-00340-DOC Document 18 Filed 05/15/14 Page 2 of 18 PageID #: 465

# EXHIBIT C

**theguardian**

Printing sponsored by:

**Kodak**
All-in-One Printers

# ENRC: Serious Fraud Office launches criminal investigation

## FTSE 100 miner investigated over fraud, bribery and corruption claims relating to its Kazakhstan and African businesses

Simon Goodley, Mark Hollingsworth and Rupert Neate
guardian.co.uk, Thursday 25 April 2013 10.42 EDT



ENRC chairman Mehment Dalman, who had been leading the internal investigation, resigned this week. Photograph: Linda Nylind for the Guardian

The Serious Fraud Office has launched a criminal investigation into Eurasian Natural Resources Corporation (ENRC), the embattled FTSE 100 miner that has been beset by corruption allegations.

The move follows efforts by the company to conduct its own investigation into allegations made by a whistleblower relating to its Kazakhstan and African businesses, the findings of which the company had been reporting to the SFO.

The SFO said: "The director of the Serious Fraud Office has accepted ENRC for criminal investigation. The focus of the investigation will be fraud, bribery and corruption relating to the activities of the company or its subsidiaries in Kazakhstan and Africa."

The company said: "ENRC confirms that it is assisting and cooperating fully with the SFO. ENRC is committed to a full and transparent investigation of its procedures and conduct".

The SFO investigates and prosecutes the UK's biggest frauds and has been instrumental in the handing down of fines and custodial sentences.

ENRC has suffered a series of high-profile departures, including the resignation this week of its chairman, Mehmet Dalman, who had been leading the internal investigation.

On Monday Dalman, who had staked his reputation on clearing up the ENRC mess, admitted: "I believe I have achieved all that I can as chairman of ENRC."

The company's law firm, Dechert, which had been hired by the company to conduct its investigation, has also parted company with the mining group, a move that prompted the SFO to demand that the law firm hand over documents relating to the case.

The company's failed efforts to get to the bottom of corruption allegations contributed to the shares being the worst performer in the FTSE 100 last year. The controversies also come after the ousting of former chairman Sir Richard Sykes and independent director Ken Olisa in a 2011 boardroom coup backed by the founding directors, when Olisa memorably described ENRC'S behaviour as "more Soviet than City".

The so-called "Trio" of founders – Alexander Machkevitch, Patokh Chodiev and Alijan Ibragimov – still own 44% of the company and said last week they were considering a bid to take the company private again. The possible takeover is thought to have persuaded the SFO to launch an inquiry while the company is still listed in London.

When ENRC floated in 2007, its prospectus outlined areas of potential concern for future investors, including the existence of a complex structure called the Russian Trading System (RTS). The document stated that the system involved sales made by ENRC to third parties and resulted in cash payments to ENRC's founders. Their representatives declined to comment.

Meanwhile, a presentation given to the SFO last year by Dechert, seen by the Guardian, states that its efforts were hampered by staff forging documents, supplying the "wrong computer to the investigations team" and setting up a "false office".

It also outlines allegations concerning the purchase of a farm in Kazakhstan by a director of the ENRC subsidiary SSGPO, claiming that the acquisition and running costs of the farm were "paid from SSGPO funds" and that the farm was owned through a "nominee shareholding on behalf of SSGPO president and major shareholder, Alijan Ibragimov".

Representatives of Ibragimov declined invitations to comment on the document, although it is not yet clear what, if any, action the SFO may take.

Meanwhile, in Africa the company has faced questions over its former partner in the Democratic Republic of Congo, Dan Gertler. The Israeli tycoon has been dogged by accusations that a close relationship with the DRC's president, Joseph Kabila, allowed him to buy interests in the country's mining assets on the cheap – accusations he has always denied.

### More from the Guardian  What's this?

Online porn: the facts and the fantasy 25 May 2013

My boyfriend talks constantly during sex 27 May 2013

Nick Ross: 'Rape isn't always rape' 27 May 2013

Jaguar Land Rover looks like deal of century for Tata 29 May 2013

High streets shrink in 10 out of 12 towns on Mary Portas scheme 29 May 2013

### More from around the web  What's this?

9 Worst Recession Ghost Towns in America (The Fiscal Times)

French Open fashion misses (Sports Illustrated)

British police arrest two men on diverted Pakistan flight (South China Morning Post)

10 Great Small Cities for Retirement (AARP)

What Ever Happened To Rachel Leigh Cook? (Zimbio)

Case 1:14-cv-00340-DGK Document 24 Filed 05/15/14 Page 10 of 12 PageID #: 469

# EXHIBIT D

# Burglary and computer hacking add to woes at ENRC

A Serious Fraud Office probe into alleged bribery and corruption, the resignation of the chairman and both of the company's brokers and a low-ball bid from a trio of Kazakh oligarchs.



By Alistair Osborne, Business Editor

6:26PM BST 23 May 2013

Things have been lively enough at ENRC in recent weeks. But now the scandal-ridden FTSE-100 miner has come up with two more troubling issues: a laptop containing staff details, including bank account numbers, has mysteriously vanished in a "domestic burglary", while ENRC has also suffered "an intrusion into the group's electronic systems by a third party".

The fresh problems were relayed to the market in an announcement, headlined "potential loss of company data", with ENRC stressing that "the Information Commissioner's Office has been informed".

It was enough to trigger all manner of conspiracy theories, not least that the computer hacking could be used as a convenient excuse if material now went missing relating to alleged corruption in Kazakhstan and Africa.

One City wag suggested the affair had been arranged by the oligarchs to drive down the shares,

so their rejection of a 260p-a-share indicative offer for a company floated at 540p in 2007 would not look so bad. But, as it turned out, the shares only fell 0.7 to 265.5p.

The burgled laptop belonged to a member of the human resources team – an office in the thick of the action lately given the resignations of chairman Mehmet Dalman and two non-execs.

In a message to staff, ENRC said it was "evaluating two information security events... the theft of a laptop" and "a sophisticated hacker attack".

"In both instances ENRC found a risk that personal data relating to ENRC London based staff may have been compromised", it said, adding staff should "to take precautionary steps to protect against possible identity theft."

One insider seem unconcerned, saying: "ENRC leaks so badly, why would anyone ever bother to hack it?"

© Copyright of Telegraph Media Group Limited 2013