# Exhibit 35

**From:** Peet Nel [mailto:metgrouppeet@gmail.com]
**Sent:** Tuesday, August 11, 2015 10:12 AM
**To:** Gerhard/kerri; Patrick Salisbury; Dimitry Joffe; Valery.Sidnev@eurochem.ru
**Subject:** Fwd: Delivered: FW: SHAFT SINKERS (PTY) LTD (IN BUSINESS RESCUE) / MR PEET NEL


---------- Forwarded message ----------
From: **Peet Nel** <metgrouppeet@gmail.com>
Date: Tue, Aug 11, 2015 at 4:08 PM
Subject: Re: Delivered: FW: SHAFT SINKERS (PTY) LTD (IN BUSINESS RESCUE) / MR PEET NEL
To: "Weyers, Kylene" <kylene.weyers@hoganlovells.com>

Dear Sirs,

With reference to your letter dated 4/8/2015 received 11/8/2015 which refers:

   I wish to inform you that who-ever instructed you have not given you factual data and I will treat it with the contempt it deserves.Please also note that I do not intend to comply with any of your crude attempts of intimidating me,I consider your letter as factually and legally baseless.
   I also place on record that should you continue harasing and contacting me in this manner I will seek legal advice,I reserve my rights
   Peet Nel

On Tue, Aug 11, 2015 at 3:24 PM, <metgrouppeet@gmail.com> wrote:
Your message was delivered to the recipient.
Sent via my BlackBerry from Vodacom - let your email find you!