# Exhibit 42

Re:

**Subject:** Re:
**From:** rinat akhmetshin <akhmetshin@gmail.com>
**Date:** 7/13/2012 6:36 AM
**To:** Patrick Salisbury <PS@salisburyryan.com>

My friends informed me that the project is already up and running and it is churning up the info. Am still in Europe on Monday but am available any time for discussions. My Skype address is akhmetshin and my mobile number is always on.

On Friday, July 13, 2012, Patrick Salisbury wrote:
> Moving ahead as discussed.  Will you be in the US Monday?
>
> Patrick Salisbury

**Subject:**
**From:** rinat akhmetshin <akhmetshin@gmail.com>
**Date:** 7/23/2012 11:55 AM
**To:** Patrick Salisbury <PS@salisburyryan.com>

patrick, the indexing is done, can you, pls send me a list of terms/names for a scan? skype would work the best. ra

Re: Re:

**Subject:** Re: Re:
**From:** rinat akhmetshin <akhmetshin@gmail.com>
**Date:** 8/13/2012 2:55 PM
**To:** Patrick Salisbury <PS@salisburyryan.com>

so v.sorry for the delay, patrick!! i hope it will be done any day now - i had a glitch with that middle man - his conflict of interest still stands and he was slowing the process down, had to go over his head to the original source. i really hope to be able to have the thing in the next day or two. once again, my deepest apologies!! ra

On Mon, Aug 13, 2012 at 11:51 AM, Patrick Salisbury <PS@salisburyryan.com> wrote:

Rinat

Been a while, really need an update.  Please advise.


Patrick Salisbury

---

**From:** rinat akhmetshin [mailto:akhmetshin@gmail.com]
**Sent:** Thursday, August 02, 2012 10:49 AM
**To:** Patrick Salisbury
**Subject:** Re:


so far i have not heard back from the contact, patrick. was trying to reach that person in the past few days, so far no contact - left messages and send emails and sms'es will continue to reach him. ra


On Thu, Aug 2, 2012 at 9:39 AM, Patrick Salisbury <PS@salisburyryan.com> wrote:

Hi Rinat,


Please call me with an update.


Patrick Salisbury

PRIV NO. 66

1 of 2                                                              2/23/2015 1:16 PM

**Subject:**
**From:** rinat akhmetshin <akhmetshin@gmail.com>
**Date:** 8/30/2012 6:09 PM
**To:** Patrick Salisbury <PS@salisburyryan.com>

dear patrick, looks like the work is finally completed. my deepest apologies for the horrible delay. i am in ny tomorrow afternoon en route to that location. can i stop by at your office to discuss further steps. please let me know. ra

RE:

**Subject:** RE:
**From:** rinat akhmetshin <akhmetshin@gmail.com>
**Date:** 9/1/2012 11:03 AM
**To:** Patrick Salisbury <PS@salisburyryan.com>

```
plan to get that thing in London tomorrow, can take it anywhere, pls
advise where should I go. ra

Отправлено с моего Windows Phone
From: Patrick Salisbury
Sent: 8/30/2012 21:13
To: rinat akhmetshin
Subject: Re:
I am out of the country but let's talk tomorrow.

Patrick Salisbury

Sent from my iPhone

On Aug 30, 2012, at 6:09 PM, "rinat akhmetshin" <akhmetshin@gmail.com> wrote:

 dear patrick, looks like the work is finally completed. my deepest apologies for
 the horrible delay. i am in ny tomorrow afternoon en route to that location. can
 i stop by  at your office to discuss further steps. please let me know. ra
```

PRIV NO. 70

2/23/2015 1:16 PM

2/23/2015 1:20 PM

**Subject:**
**From:** Patrick Salisbury <PS@salisburyryan.com>
**Date:** 11/16/2012 5:22 PM
**To:** rinat akhmetshin <akhmetshin@gmail.com>

Any update?

Patrick Salisbury

Re:

**Subject:** Re:
**From:** rinat akhmetshin <akhmetshin@gmail.com>
**Date:** 11/19/2012 2:25 PM
**To:** Patrick Salisbury <PS@salisburyryan.com>

just spoke with the guy - he said they pulled everything there was available. need to go collect it some time after the holidays. will let you know exact date once sort it out in the next few days. ra

On Fri, Nov 16, 2012 at 5:22 PM, Patrick Salisbury <PS@salisburyryan.com> wrote:
> Any update?
>
>
> Patrick Salisbury

**Subject:** RE: Re:
**From:** Patrick Salisbury <PS@salisburyryan.com>
**Date:** 11/26/2012 11:28 AM
**To:** rinat akhmetshin <akhmetshin@gmail.com>

I will be in London Dec 12-13.  Would it make sense for us to all meet?
Patrick Salisbury

-----Original Message-----
From: rinat akhmetshin [mailto:akhmetshin@gmail.com]
Sent: Monday, November 19, 2012 2:26 PM
To: Patrick Salisbury
Subject: Re:

just spoke with the guy - he said they pulled everything there was available. need to go collect it some time after the holidays. will let you know exact date once sort it out in the next few days. ra

On Fri, Nov 16, 2012 at 5:22 PM, Patrick Salisbury <PS@salisburyryan.com> wrote:
> Any update?
>
>
> Patrick Salisbury

Re: Re:

**Subject:** Re: Re:
**From:** rinat akhmetshin <akhmetshin@gmail.com>
**Date:** 11/26/2012 12:02 PM
**To:** Patrick Salisbury <PS@salisburyryan.com>

i plan to collect the thing in london on wed this week and be traveling to msk after that. back in dc dec.08 and am in NY dec.10 for an event. can drop the thing with you afternoon dec.10. and, of course, can set up london meet for you later that week if needed. ra

On Mon, Nov 26, 2012 at 11:28 AM, Patrick Salisbury <PS@salisburyryan.com> wrote:
 I will be in London Dec 12-13.  Would it make sense for us to all meet?
 Patrick Salisbury

 -----Original Message-----
 From: rinat akhmetshin [mailto:akhmetshin@gmail.com]
 Sent: Monday, November 19, 2012 2:26 PM
 To: Patrick Salisbury
 Subject: Re:

 just spoke with the guy - he said they pulled everything there was available. need to go collect it some time after the holidays. will let you know exact date once sort it out in the next few days. ra

 On Fri, Nov 16, 2012 at 5:22 PM, Patrick Salisbury <PS@salisburyryan.com> wrote:
 > Any update?
 >
 >
 >
 > Patrick Salisbury

1 of 1

PRIV NO. 121
2/23/2015 1:20 PM

RE: Re:

**Subject:** RE: Re:
**From:** Patrick Salisbury <PS@salisburyryan.com>
**Date:** 11/26/2012 12:16 PM
**To:** rinat akhmetshin <akhmetshin@gmail.com>

Good.

Patrick Salisbury

---

**From:** rinat akhmetshin [mailto:akhmetshin@gmail.com]
**Sent:** Monday, November 26, 2012 12:03 PM
**To:** Patrick Salisbury
**Subject:** Re: Re:

i plan to collect the thing in london on wed this week and be traveling to msk after that. back in dc dec.08 and am in NY dec.10 for an event. can drop the thing with you afternoon dec.10. and, of course, can set up london meet for you later that week if needed. ra

On Mon, Nov 26, 2012 at 11:28 AM, Patrick Salisbury <PS@salisburyryan.com> wrote:
I will be in London Dec 12-13. Would it make sense for us to all meet?
Patrick Salisbury

-----Original Message-----
From: rinat akhmetshin [mailto:akhmetshin@gmail.com]
Sent: Monday, November 19, 2012 2:26 PM
To: Patrick Salisbury
Subject: Re:

just spoke with the guy - he said they pulled everything there was available. need to go collect it some time after the holidays. will let you know exact date once sort it out in the next few days. ra

On Fri, Nov 16, 2012 at 5:22 PM, Patrick Salisbury <PS@salisburyryan.com> wrote:
> Any update?
>
>
>
> Patrick Salisbury

PRIV NO. 122
2/23/2015 1:20 PM

RE: Re:

**Subject:** RE: Re:
**From:** Patrick Salisbury <PS@salisburyryan.com>
**Date:** 12/6/2012 5:37 PM
**To:** rinat akhmetshin <akhmetshin@gmail.com>

Are you in the US? If not, when can we speak?

Patrick Salisbury

---

**From:** rinat akhmetshin [mailto:akhmetshin@gmail.com]
**Sent:** Monday, November 26, 2012 12:03 PM
**To:** Patrick Salisbury
**Subject:** Re: Re:

i plan to collect the thing in london on wed this week and be traveling to msk after that. back in dc dec.08 and am in NY dec.10 for an event. can drop the thing with you afternoon dec.10. and, of course, can set up london meet for you later that week if needed. ra

On Mon, Nov 26, 2012 at 11:28 AM, Patrick Salisbury <PS@salisburyryan.com> wrote:
I will be in London Dec 12-13. Would it make sense for us to all meet?
Patrick Salisbury

-----Original Message-----
From: rinat akhmetshin [mailto:akhmetshin@gmail.com]
Sent: Monday, November 19, 2012 2:26 PM
To: Patrick Salisbury
Subject: Re:

just spoke with the guy - he said they pulled everything there was available. need to go collect it some time after the holidays. will let you know exact date once sort it out in the next few days. ra

On Fri, Nov 16, 2012 at 5:22 PM, Patrick Salisbury <PS@salisburyryan.com> wrote:
> Any update?
>
>
>
> Patrick Salisbury

Re: Re:

**Subject:** Re: Re:
**From:** rinat akhmetshin <akhmetshin@gmail.com>
**Date:** 12/7/2012 5:51 AM
**To:** Patrick Salisbury <PS@salisburyryan.com>

got back late last night, patrick. collected the thing along the way. i am in ny on monday - will stop by to drop. also,, in case you would want to reach out to the FSA , here is a contact who was working on the trio in the past - Paul Brinkworth - paul.brinkworth@sfo.gsi.gov.uk. you can tell him that Daniel Balint-Kurti of Global Witness suggested that you reach out to FSA on the trio matter. i am available for a call any time this morning except 1000-1145 and 1330-1430. talk.see you soon, ra

On Thu, Dec 6, 2012 at 5:37 PM, Patrick Salisbury <PS@salisburyryan.com> wrote:

Are you in the US? If not, when can we speak?

Patrick Salisbury

---

**From:** rinat akhmetshin [mailto:akhmetshin@gmail.com]
**Sent:** Monday, November 26, 2012 12:03 PM
**To:** Patrick Salisbury
**Subject:** Re: Re:

i plan to collect the thing in london on wed this week and be traveling to msk after that. back in dc dec.08 and am in NY dec.10 for an event. can drop the thing with you afternoon dec.10. and, of course, can set up london meet for you later that week if needed. ra

On Mon, Nov 26, 2012 at 11:28 AM, Patrick Salisbury <PS@salisburyryan.com> wrote:

I will be in London Dec 12-13. Would it make sense for us to all meet?
Patrick Salisbury

-----Original Message-----
From: rinat akhmetshin [mailto:akhmetshin@gmail.com]
Sent: Monday, November 19, 2012 2:26 PM
To: Patrick Salisbury
Subject: Re:

PRIV NO. 124
2/23/2015 1:20 PM
1 of 2