UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Applicant.

Case No. 1:15-mc-00241

## DECLARATION OF REBECCA G. MANGOLD

Pursuant to 28 U.S.C. § 1746, I, Rebecca G. Mangold, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in the State of New York and before this Court. I am an associate at the law firm Kobre & Kim LLP, counsel for International Mineral Resources B.V. ("IMR").

2. I submit this Declaration in support of IMR's Opposition to the Motion to Quash and the Request for Pre-Hearing Discovery filed by respondent Patrick Salisbury and intervenor EuroChem Volga-Kaliy LLC.

3. Attached hereto as Exhibit A is a true and correct copy of the August 19, 2015 Memorandum Opinion entered by the United States District Court for the District of Columbia ("D.D.C.") in *In re Application of International Mineral Resources B.V. For An Order To Take Discovery Pursuant to 28 U.S.C. § 1782 ("In re IMR")*, No. 14-mc-00340 (ECF No. 49).

4. Attached hereto as Exhibit B is a true and correct copy of the November 18, 2015 Memorandum Order regarding Rule 11(b) entered by the D.D.C. in *In re IMR*, No. 14-mc-00340 (ECF No. 61).

5. Attached hereto as Exhibit C is a true and correct copy of the November 18, 2015 Memorandum Order regarding the respondent's Motion to Recover Costs entered by the D.D.C. in *In re IMR*, No. 14-mc-00340 ((ECF No. 60).

6. Attached hereto as Exhibit D is a revised subpoena seeking the production of documents and testimony from Mr. Salisbury.

7. Attached hereto as Exhibit E is a true and correct copy of an October 1, 2015 letter from Gary Pritchard to Jonathan Cogan regarding Shaft Sinkers (Pty) Ltd.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York, on this 7th day of December, 2015.

_R. Mangold_
Rebecca G. Mangold