Woods, G
Part 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 12/21/15 |

In re: APPLICATION OF INTERNATIONAL
MINERAL RESOURCES B.V.

Case No. 1:15-mc-241 (Part 1)

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct
Discovery For Use in Foreign Proceedings

## JOINT STIPULATION AND [PROPOSED] ORDER
## REGARDING BRIEFING SCHEDULE

**WHEREAS**, on November 16, 2015, Respondent Patrick Salisbury ("Salisbury") filed in this action the following relevant submissions:

1. Memorandum of Law in Support of Pre-Hearing Discovery and to Supplement Respondent's Motion to Quash and for Reciprocal Discovery Related to the Subpoena Dated August 10, 2015, with supporting exhibits and declarations ("Motion for Prehearing Discovery and Supplement to Motion to Quash or Modify");

2. Proposed Order to Show Cause Why International Mineral Resources B.V. ("IMR") Should Not Be Compelled to Turn Over Pre-Hearing Discovery in Aid of Respondent's Motion to Quash ("Proposed Order to Show Cause");

3. Letter Motion Seeking Entry of an Order Pursuant to Federal Rule of Evidence 502(d) ("Rule 502 Letter");

**WHEREAS**, on November 30, 2015, the Court so-ordered the agreed upon briefing schedule for (a) Salisbury's Motion to Quash or Modify, (b) Motion for Prehearing Discovery and Supplement to Motion to Quash or Modify, (c) Proposed Order to Show Cause, (d) Rule 502 Letter, and (e) Intervenor EuroChem Volga-Kaliy LLC's ("ECVK") Memorandum in Support of the Motion to Quash or Modify, as follows (the "November 30, 2015 Order"):

- IMR to file papers in response by December 7, 2015; and
- Salisbury and ECVK to file papers in reply by December 16, 2015.

**WHEREAS**, on December 7, 2015, IMR filed its papers in response pursuant to the November 30, 2015 Order.

**WHEREAS**, on December 16, 2015, Salisbury and ECVK requested a two-day extension to submit their papers in reply on December 18, 2015.

**WHEREAS**, on December 17, 2015, the Court granted Salisbury and ECVK's request to submit their papers in reply on December 18, 2015.

**WHEREAS**, IMR, ECVK and Salisbury (among others) have entered into a standstill agreement, dated December 18, 2015, agreeing, *inter alia*, to suspend the pending litigation before this Court in order to resolve all of the claims in all of the actions against and between all of the parties pending in the United States and abroad (the "Standstill Agreement").

**WHEREAS**, Salisbury and ECVK therefore seek an extension to submit their papers in reply on January 19, 2016 on the basis of the Standstill Agreement.

**WHEREAS**, IMR has no objection to Salisbury and ECVK's request to submit their papers in reply on January 19, 2016.

**WHEREAS**, nothing in this Stipulation and Order Regarding Briefing Schedule precludes any party from seeking a further extension of deadlines for any reason;

2

NOW, THEREFORE, IT IS STIPULATED, by and between IMR, Salisbury and ECVK and ordered by the Court that Salisbury and ECVK shall file their replies to (a) Salisbury's Motion to Quash or Modify, (b) Motion for Prehearing Discovery and Supplement to Motion to Quash or Modify, (c) Proposed Order to Show Cause, (d) Rule 502 Letter, and (e) ECVK's Memorandum in Support of the Motion to Quash or Modify, by **January 19, 2016**.

Dated: December 18, 2015

*/s/ Jonathan D. Cogan*
Jonathan D. Cogan
Rebecca G. Mangold
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
jonathan.cogan@kobrekim.com

*Attorneys for International Mineral Resources B.V.*

Respectfully submitted,

*/s/ Andrew M. Lankler*
Andrew M. Lankler
Earl Austin
Joseph C. Perry
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500
Fax: (212) 408-2501
andrew.lankler@bakerbotts.com

*Attorneys for EuroChem Volga-Kaliy LLC*

Robert F. Serio
Avi Weitzman
Anne M. Champion
Mary Beth Maloney
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
rserio@gibsondunn.com

*Attorney for Patrick Salisbury*

IT IS SO ORDERED.

Dated: December 21, 2015

By: _____
Judge Woods, Part 1 *tm*

3